# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SUZANNE ELIZABETH KITTLE,<br><br>Plaintiff,<br><br>-vs-<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and CREIDT ACCEPTANCE CORPORATION,<br><br>Defendants. | CASE NO. 1:24-cv-02768-SCJ-CCB |

## NOTICE OF SETTLEMENT AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.

COMES NOW Plaintiff, SUZANNE ELIZABETH KITTLE, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 11th day of September, 2024.

>**/s/Octavio Gomez**
>Octavio "Tav" Gomez
>Florida Bar #:0338620
>Georgia Bar #: 617963
>Pennsylvania #: 325066
>The Consumer Lawyers, PLLC
>501 E. Kennedy Blvd, Ste 610
>Tampa, FL 33602
>Cell: (813)299-8537
>Facsimile: (844)951-3933
>Primary Email:
>Tav@theconsumerlawyers.com
>Secondary Email:
>Lisa@theconsumerlawyers.com
>*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 11th day of September, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

>**/s/ Octavio Gomez**
>Octavio "Tav" Gomez
>Georgia Bar #: 617963
>The Consumer Lawyers, PLLC
>*Attorney for Plaintiff*

2