# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

SUZANNE ELIZABETH KITTLE,

  Plaintiff,

v.

CASE NO. 1:24-cv-02768-SCJ-CCB

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and CREDIT ACCEPTANCE CORPORATION,

    Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO CREDIT ACCEPTANCE CORPORATION

COMES NOW Plaintiff, SUZANNE ELIZABETH KITTLE and Defendant, CREDIT ACCEPTANCE CORPORATION, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant CREDIT ACCEPTANCE CORPORATION in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 8th day of April, 2025.

1

**/s/ Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar No.: 0338620
Georgia Bar No.: 617963
Pennsylvania No.: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd., Suite 610
Tampa, FL 33602
Cell: (813) 299-8537
Facsimile: (844) 951-3933
Tav@theconsumerlawyers.com
*Attorney for Plaintiff*

**/s/ Jennifer E. Ziemann**
Jennifer E. Ziemann
Georgia Bar No. 264280
BURR & FORMAN LLP
1075 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30309
Telephone: (404) 815-3000
Facsimile: (404) 817-3244
jziemann@burr.com
Attorney for Respondent
CREDIT ACCEPTANCE CORPORATION